Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14−26344−KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thaddus L Adams
   302 Ashmore Avenue
   Trenton, NJ 08611

Social Security No.:
   xxx−xx−0219

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Kathryn C. Ferguson on:

Date:    9/15/16
Time:    02:30 PM
Location:    Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
John Zimnis, Debtor's Attorney

COMMISSION OR FEES
$1200.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

    In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: August 16, 2016
JJW:

                                  James J. Waldron
                                  Clerk

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                          Case No. 14-26344-KCF
Thaddus L Adams                                                 Chapter 13
            Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3         User: admin              Page 1 of 2           Date Rcvd: Aug 16, 2016
                             Form ID: 137             Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2016.
db             +Thaddus L Adams,    302 Ashmore Avenue,    Trenton, NJ 08611-3680
cr             +Toyota Motor Credit Corporation,    C/O Buckley Madole, P.C.,   99 Wood Avenue South, Suite 803,
                 Iselin, NJ 08830-2713
cr             +Toyota Motor Credit Corporation,    c/o Buckley Madole, P.C.,   P.O. Box 22408,
                 Tampa, FL 33622-2408
514975120      +Capital One,    1680 Capital One Drive,    Mc Lean, VA 22102-3407
514975119      +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
515162330       CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
515167534      +CitiMortgage, Inc.,    PO Box 6030,    Sioux Falls, SD 57117-6030
514975121      +Citimortgage,    PO Box 183040,    Columbus, OH 43218-3040
515905897      +MidFirst Bank,    999 NW Grand Blvd. Suite 100,    Oklahoma City, OK 73118-6051
515905898      +MidFirst Bank,    999 NW Grand Blvd. Suite 100,    Oklahoma City, OK 73118,    MidFirst Bank,
                 999 NW Grand Blvd. Suite 100,    Oklahoma City, OK 73118-6051
515226099       Navient Solutions Inc.,    Department of Education Loan Services,    P.O. Box 9635,
                 Wilkes-Barre, PA  18773-9635
514975127      +RWJ at Hamilton,    PO Box 48025,    Newark, NJ 07101-4825
514975126      +Robert Wood Johnson Hospital,    One Hamilton Health Pl.,    Attn: Patient Accounts,
                 Trenton, NJ 08690-3599
514975129     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Financial Services,    PO Box 5855,    Carol Stream, IL 60197)
515749100      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
515000178       Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
514975130      +U.S Department of Education,    PO Box 530260,    Atlanta, GA 30353-0260

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 16 2016 22:47:06      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 16 2016 22:47:03      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514975122      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Aug 16 2016 22:47:29      Comcast,
                 1 Comcast Center,   Re:  03402 105021-03-9,    Philadelphia, PA 19103-2833
514975123      +E-mail/Text: bnc-bluestem@quantum3group.com Aug 16 2016 22:47:34      Fingerhut/Web Bank,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
514975124      +E-mail/PDF: gecsedi@recoverycorp.com Aug 16 2016 22:50:47      GEMB/Walmart,    PO Box 981400,
                 El Paso, TX 79998-1400
514975125       E-mail/Text: cio.bncmail@irs.gov Aug 16 2016 22:46:39      IRS Insolvency Function,    PO Box 724,
                 Springfield, NJ 07081
515208878       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2016 22:50:52
                 Portfolio Recovery Associates, LLC,    c/o Capital One,    POB 41067,    Norfolk, VA 23541
515183575       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 16 2016 22:51:58
                 Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
514975128      +E-mail/PDF: pa_dc_claims@navient.com Aug 16 2016 22:52:00      Sallie Mae,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
                                                                                               TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515008464*      Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2016                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2                Date Rcvd: Aug 16, 2016
                              Form ID: 137             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 12, 2016 at the address(es) listed below:
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
         Albert   Russo    docs@russotrustee.com
         Andrew M. Lubin    on behalf of Creditor    CitiMortgage, Inc. bkecf@milsteadlaw.com,
          alubin@milsteadlaw.com
         Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com,
          bkgroup@kmllawgroup.com
         Denise E. Carlon    on behalf of Creditor    CitiMortgage, Inc. bankruptcynotice@zuckergoldberg.com,
          bkgroup@kmllawgroup.com
         Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
          nj_ecf_notices@buckleymadole.com
         Gavin N. Stewart    on behalf of Creditor    Toyota Motor Credit Corporation BKNJ@buckleymadole.com
         John   Zimnis    on behalf of Debtor Thaddus L Adams njbankruptcylaw@aol.com.
         Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
          bkgroup@kmllawgroup.com
                                                                                             TOTAL: 9
```