**UNITED STATES BANKRUPTCY COURT** :
**DISTRICT OF NEW JERSEY** :
  :
_____ :
Caption in Compliance with D.N.J. LBR 9004-2(c) :     **Order Filed on September 20, 2016**
_____ :     **by Clerk**
Law Office Peter Zimnis :     **U.S. Bankruptcy Court**
1245 Whitehorse Mercerville Road :     **District of New Jersey**
Suite 412 :
Trenton, NJ 08619 :
(609) 581-9353 :
_____ :
In re: :
THADDUS ADAMS :
  :
  :
  :
          Debtors :
  : Case No.: 14-26344
  :
  : Chapter 13
  :
_____: Judge: Kathryn C. Ferguson



**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The Relief Set Forth on the Following Page is Hereby **ORDERED**




**DATED: September 20, 2016**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(page 2)**
Debtor:  Thaddus Adams
Case No.:   14-26344 KCF
Caption:  Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $1,200 for services rendered and expenses in the amount of $0 for a total of $1,200.  The allowance shall be payable:

___x__   through the Chapter 13 Plan as an administrative priority from
            funds on hand
_____    outside the Plan

The debtor's monthly Plan is not modified, thus the debtor will continue to pay $200 per month thru September 2016;  then $500 per month for 31 months beginning October 2016, to pay for aforesaid fee