```
_____
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)
_____
```

|  |  |
|---|---|
| In Re:<br>THADDUS ADAMS<br><br>    Debtors | Case No.:  14-26344<br>Chapter 13<br>Adv. No.:<br>Hearing Date:<br>Judge:  Ferguson |

## CERTIFICATION OF SERVICE

1. I, JOHN ZIMNIS:

    _x_ represent the debtor in the above captioned matter.

2. On November 22, 2016, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    Application to Approve Loan Modification

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


                                                            /s/ John Zimnis_____
                                                            John Zimnis, Esq.

Dated: November 22, 2016

| Name & Address of Party Served | Relationship of Party to the case | Mode of Service |
|---|---|---|
| Midland Mortgage<br>501 N.W. Grand Blvd.<br>Attn: Corporate Officer<br>Oklahoma City, OK 73118 | | x certified mail, return receipt requested |
| Albert Russo, Trustee<br>CN 4853<br>Trenton, NJ 08650 | | X Regular Mail |