UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Office of Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

Order Filed on December 8, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

THADDUS ADAMS

Case Number:    14-26344

Hearing Date:

Judge:    Kathryn C. Ferguson

Chapter:    13

Recommended Local Form:    X   Followed            Modified

**ORDER APPROVING LOAN MODIFICATION**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 8, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

|  |  |
|---|---|
| Debtor(s) | Thaddus Adams |
| Case No. | 14-26344/KCF |
| Caption: | Order Approving Loan Modification |

At Trenton in the said District

Upon consideration of debtor's motion for an order approving the loan modification and the Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order,

IT IS hereby ORDERED as follows:

1. The debtor's application to enter into a loan modification with Midland Mortgage on the property located at 302 Rushmore Ave, Trenton, New Jersey is hereby approved pursuant to the terms outlined in the debtor's certification in support of the loan modification motion.

2. In the event the loan modification is completed and the pre-petition arrear are capitalized into the loan, Secured Creditor shall amend the arrearage portion of this proof of claim to the amount paid or to withdraw the claim within ninety (90) days of completion of the loan modification.

3. The Chapter 13 Trustee shall suspend disbursements to Secured Creditor pending completion of loan modification and all money that would otherwise be paid to secured creditor be held until the arrearage portion of the claim is amended to the amount paid or the claim is withdrawn, or the trustee is notified by the Secured Creditor that the modification was not consummated.

4. In the event the modification is not consummated, the Secured Creditor shall notify the Trustee and Debtor's Attorney of same.  Any money that was held by the Trustee pending completion of the modification shall then be paid to Secured Creditor

5. In the event the proof of claim is amended to the amount paid or withdrawn, the Trustee may disburse the funds being held pursuant to this order to other creditors in accordance with the previous provisions of the confirmed plan.

6. Debtors shall file an amended schedule J and Modified Plan within twenty (20) days of the finalization of the loan modification
7. The debtors are authorized to pay the usual and necessary costs and expenses of settlement.
8. Other provisions:

United States Bankruptcy Court
District of New Jersey

In re:  
Thaddus L Adams  
     Debtor

Case No. 14-26344-KCF  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Dec 09, 2016  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2016.  
db         +Thaddus L Adams,    302 Ashmore Avenue,    Trenton, NJ 08611-3680

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2016                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2016 at the address(es) listed below:  
       Albert   Russo    docs@russotrustee.com  
       Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
       Andrew M. Lubin    on behalf of Creditor   CitiMortgage, Inc. bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
       Denise E. Carlon    on behalf of Creditor   MidFirst Bank bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
       Denise E. Carlon    on behalf of Creditor   CitiMortgage, Inc. bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
       Francesca Ann Arcure    on behalf of Creditor   Toyota Motor Credit Corporation nj_ecf_notices@buckleymadole.com  
       Gavin N. Stewart    on behalf of Creditor   Toyota Motor Credit Corporation BKNJ@buckleymadole.com  
       John   Zimnis    on behalf of Debtor Thaddus L Adams njbankruptcylaw@aol.com.  
       Joshua I. Goldman    on behalf of Creditor   MidFirst Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
                                                   TOTAL: 9