| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.N. LBR 9004-1(b)** <br> Denise Carlon, Esq. <br> Brian C. Nicholas, Esq. <br> KML Law Group, P.C. <br> 216 Haddon Avenue, Suite 406 <br> Westmont, NJ 08108 <br> Main Number: (609) 250-0700 <br> dcarlon@kmllawgroup.com <br> bnicholas@kmllawgroup.com <br> Attorneys for MidFirst Bank | |
| In Re: <br> Thaddus L Adams <br><br>                    Debtor | |

                                        **NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed R. Bankr. P. 9010(b) the undersigned enters an appearance in this case

Case No: 14-26344 KCF

Chapter: 13

Judge: Kathryn C. Ferguson
on behalf of

MidFirst Bank

ADDRESS:
302 Ashmore Avenue, Trenton, NJ 08611

Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

DOCUMENTS

☐    All notices entered pursuant to Fed. R. Bankr. P. 2002.

☐☐   All documents and pleadings of any nature.

**/s/Denise Carlon, Esquire**
Denise Carlon, Esquire
Brian C. Nicholas, Esquire
**KML Law Group, P.C.**
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(609) 250-0700 (NJ)
(215) 627-1322 (PA)
FAX: (609) 385-2214
Attorney for Movant/Applicant