| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | Order Filed on December 16, 2016<br>by Clerk<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>**THADDUS ADAMS** | Case Number:  __14-26344__<br>Hearing Date:  _____<br>Judge:  Kathryn C. Ferguson<br>Chapter:  13 |

Recommended Local Form:   X   Followed                    Modified

**AMENDED ORDER APPROVING LOAN MODIFICATION**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 16, 2016**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor(s)        Thaddus Adams
Case No.         14-26344/KCF
Caption:         Order Approving Loan Modification

At Trenton in the said District

Upon consideration of debtor's motion for an order approving the loan modification and the Court having considered the debtor's motion and any opposition thereto, and good and sufficient cause appearing therefrom for the entry of this order,

IT IS hereby ORDERED as follows:

1. The debtor's application to enter into a loan modification with Midland Mortgage on the property located at 302 Ashmore Ave, Trenton, New Jersey is hereby approved pursuant to the terms outlined in the debtor's certification in support of the loan modification motion.

2. In the event the loan modification is completed and the pre-petition arrear are capitalized into the loan, Secured Creditor shall amend the arrearage portion of this proof of claim to the amount paid or to withdraw the claim within ninety (90) days of completion of the loan modification.

3. The Chapter 13 Trustee shall suspend disbursements to Secured Creditor pending completion of loan modification and all money that would otherwise be paid to secured creditor be held until the arrearage portion of the claim is amended to the amount paid or the claim is withdrawn, or the trustee is notified by the Secured Creditor that the modification was not consummated.

4. In the event the modification is not consummated, the Secured Creditor shall notify the Trustee and Debtor's Attorney of same.  Any money that was held by the Trustee pending completion of the modification shall then be paid to Secured Creditor

5. In the event the proof of claim is amended to the amount paid or withdrawn, the Trustee may disburse the funds being held pursuant to this order to other creditors in accordance with the previous provisions of the confirmed plan.

6. Debtors shall file an amended schedule J and Modified Plan within twenty (20) days of the finalization of the loan modification

7. The debtors are authorized to pay the usual and necessary costs and expenses of settlement.

8. Other provisions: