| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2016 to 01/10/2017
Chapter 13 Case No. 14-26344 / KCF

Thaddus L Adams
302 Ashmore Avenue
Trenton   NJ     08611

Petition Filed Date: 08/07/2014
341 Hearing Date: 09/04/2014
Confirmation Date: 11/24/2014

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/20/2016 | $46.15 | 12411173 | 01/28/2016 | $46.15 | 12421130 | 02/16/2016 | $46.15 | 12438166 |
| 02/23/2016 | $46.15 | 12449782 | 03/08/2016 | $46.15 | 12466442 | 04/05/2016 | $46.15 | 12492941 |
| 04/12/2016 | $46.15 | 12479597 | 04/19/2016 | $46.15 | 12508445 | 05/02/2016 | $46.15 | 12521912 |
| 05/17/2016 | $46.15 | 12537814 | 06/06/2016 | $92.31 | 12552015 | 06/17/2016 | $92.31 | 12567591 |
| 06/27/2016 | $92.31 | 12578830 | 07/19/2016 | $92.31 | 12601473 | 07/26/2016 | $92.31 | 12613316 |
| 08/09/2016 | $92.31 | 12628314 | 08/26/2016 | $92.31 | 12644007 | 09/06/2016 | $92.31 | 12653589 |
| 09/21/2016 | $92.31 | 12666670 | 10/05/2016 | $230.77 | 12682432 | 10/18/2016 | $230.77 | 12692636 |
| 11/03/2016 | $230.77 | 12710595 | 11/23/2016 | $230.77 | 12729224 | 11/30/2016 | $230.77 | 12737183 |
| 12/21/2016 | $230.77 | 12750744 | 12/28/2016 | $230.77 | 12765689 | | | |

**Total Receipts for the Period:  $2,907.68   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $4,476.78**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Thaddus L Adams | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ | Attorney Fees | $1,950.00 | $1,909.79 | $40.21 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2013 TAX PERIOD | Priority Crediors | $1,354.63 | $0.00 | $1,354.63 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $148.83 | $0.00 | $148.83 |
| 3 | Toyota Motor Credit Corporation<br>»»  11 TOYOTA CAMRY/DEFICIENCY BALANCE | Unsecured Creditors | $10,700.38 | $0.00 | $10,700.38 |
| 4 | MIDFIRST BANK<br>»»  P/302 ASHMORE AVE/1ST MTG/CITIMORTGAGE | Mortgage Arrears | $12,173.81 | $0.00 | $12,173.81 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»   WALMART | Unsecured Creditors | $212.81 | $0.00 | $212.81 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»   CAPITAL ONE | Unsecured Creditors | $819.36 | $0.00 | $819.36 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»   CAPITAL ONE | Unsecured Creditors | $788.59 | $0.00 | $788.59 |
| 8 | Comcast<br>»»   LEASE REJECTED (MP) | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | NAVIENT SOLUTIONS INC<br>»»   STUDENT LOANS O/S (MP) | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»»   FEE ORDER 12/19/14 | Attorney Fees | $100.00 | $84.63 | $15.37 |
| 0 | JOHN ZIMNIS, ESQ<br>»»   6/2/15 ORDER APPR LOAN MOD | Attorney Fees | $300.00 | $290.53 | $9.47 |

| | | | | | |
|---|---|---|---|---|---|
| 10 | TOYOTA MOTOR CREDIT CORP<br>»» 11 CAMRY/ORDER 9/10/15 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»» ORDER 9/22/15 | Attorney Fees | $500.00 | $480.56 | $19.44 |
| 0 | JOHN ZIMNIS, ESQ<br>»» ORDER 9/20/16 | Attorney Fees | $1,200.00 | $1,023.04 | $176.96 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/10/2017:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,476.78 | Plan Balance: | $15,186.82 ** |
| Paid to Claims: | $3,788.55 | Current Monthly Payment: | $500.00 |
| Paid to Trustee: | $241.29 | Arrearages: | $353.82 |
| Funds on Hand: | $446.94 | Total Plan Base: | $19,663.60 |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**