UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Thaddus L. Adams,

Debtor.

Case No.:        14-36344-KCF

Chapter:              13

Hearing Date:     7/26/2017

Judge:            Ferguson

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter:  Motion for Relief from Stay re: 302 Ashmore Avenue, Trenton, NJ 08611

 (#103 on the docket)

Date: 7/24/2017                            /s/ Denise Carlon
                                           Signature

*rev.8/1/15*