**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

In re:
THADDUS ADAMS

Debtors

Order Filed on October 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 14-26344

Chapter 13

Judge: Kathryn C. Ferguson

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: October 13, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(page 2)**
Debtor:  Thaddus Adams
Case No.:   14-26344 KCF
Caption:  Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $400 for services rendered and expenses in the amount of $0, for a total of $400. The allowance shall be payable:

___x__   through the Chapter 13 Plan as an administrative priority from
            funds on hand
_____   outside the Plan

The debtor's monthly Plan is not modified, thus the debtor will continue to pay $150 to pay for aforesaid fee