**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

In re:
THADDUS ADAMS

      Debtors

Order Filed on October 13, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  14-26344

Chapter 13

Judge:  Kathryn C. Ferguson

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: October 13, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(page 2)**
Debtor:  Thaddus Adams
Case No.:  14-26344 KCF
Caption:  Order Granting Supplemental Chapter 13 Fees

     The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

     ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $400 for services rendered and expenses in the amount of $0, for a total of $400. The allowance shall be payable:

     ___x__   through the Chapter 13 Plan as an administrative priority from
                funds on hand
     _____   outside the Plan

     The debtor's monthly Plan is not modified, thus the debtor will continue to pay $150 to pay for aforesaid fee

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-26344-KCF
Thaddus L Adams                                                           Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Oct 13, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 15, 2017.
db             +Thaddus L Adams,    302 Ashmore Avenue,    Trenton, NJ 08611-3680

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 13, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Andrew M. Lubin    on behalf of Creditor    CitiMortgage, Inc. bkecf@milsteadlaw.com,
               alubin@milsteadlaw.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    CitiMortgage, Inc. bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
               nj_ecf_notices@buckleymadole.com
              Gavin N. Stewart    on behalf of Creditor    Toyota Motor Credit Corporation BKNJ@buckleymadole.com
              John   Zimnis    on behalf of Debtor Thaddus L Adams njbankruptcylaw@aol.com.
              Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                               TOTAL: 9