| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>MidFirst Bank | **Order Filed on October 27, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.: <u>14-26344 KCF</u> |
| In Re:<br>Thaddus L. Adams<br>     Debtor. | Adv. No.:<br><br>Hearing Date: 7/26/2017 @ 9:00 a.m.<br><br>Judge: <u>Kathryn C. Ferguson</u> |

# ORDER RESOLVING MOTION FOR RELIEF FROM STAY

  The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: October 27, 2017**

                                       Honorable Kathryn C. Ferguson
                                       United States Bankruptcy Judge

**(Page 2)**
Debtors: Thaddus L. Adams
Case No: 14-26344 KCF
Caption of Order: ORDER CURING ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, Denise Carlon, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 302 Ashmore Avenue, Trenton NJ 08611, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and John Zimnis, attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of September 12, 2017, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due March 2017 through September 2017 with $847.72 in suspense for a total post-petition default of $6,230.26 (7 @ $1,011.14; less suspense of $847.72); and

It is further **ORDERED, ADJUDGED and DECREED** that Debtor is to send a monthly payment of $1,011.14 directly to Secured Creditor to be received no later than October 31, 2017; and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $5,219.12 shall be added to the affidavit of amount due and paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume October 1, 2017, directly to Secured Creditor care of its servicer, MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

**(Page 3)**
Debtors: Thaddus L. Adams
Case No: 14-26344 KCF
Caption of Order: ORDER RESOLVING MOTION FOR RELIEF FROM STAY
_____

    It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtor's Chapter 13 plan; and

    It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

John Zimnis
Law Offices of Peter Zimnis
1245 Whitehorse-Mercerville Road
Suite 412
Trenton, NJ 08619

Thaddus L. Adams
302 Ashmore Avenue
Trenton, NJ 08611

Case 14-26344-KCF    Doc 109    Filed 10/27/17    Entered 10/27/17 13:16:52    Desc Main
Document    Page 5 of 6

Albert Russo
Chapter 13 Standing Trustee
CN4853
Trenton, NJ 08650