**UNITED STATES BANKRUPTCY COURT** :
**DISTRICT OF NEW JERSEY** :
  :
_____ :
Caption in Compliance with D.N.J. LBR 9004-2(c) :   **Order Filed on February 14, 2018**
_____ :   **by Clerk**
Law Office Peter Zimnis :   **U.S. Bankruptcy Court**
1245 Whitehorse Mercerville Road :   **District of New Jersey**
Suite 412 :
Trenton, NJ 08619 :
(609) 581-9353 :
_____ :
In re: :
THADDUS ADAMS :
  :
  :
  :
Debtors :
  : Case No.: 14-26344
  :
  : Chapter 13
  :
_____ : Judge: Kathryn C. Ferguson


# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**


**DATED: February 14, 2018**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(page 2)**
Debtor:  Thaddus Adams
Case No.:   14-26344 KCF
Caption:  Order Granting Supplemental Chapter 13 Fees

      The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

      ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $300 for services rendered and expenses in the amount of $0, for a total of $300. The allowance shall be payable:

    ___x__   through the Chapter 13 Plan as an administrative priority from
            funds on hand
    _____   outside the Plan

      The debtor's monthly Plan is not modified, thus the debtor will continue to pay $325 to pay for aforesaid fee