**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

_____

Caption in Compliance with D.N.J. LBR 9004-2(c)

_____

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

_____

In re:
THADDUS ADAMS

         Debtors

_____

Order Filed on February 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 14-26344

Chapter 13

Judge: Kathryn C. Ferguson

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: February 14, 2018**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(page 2)**
Debtor:  Thaddus Adams
Case No.:  14-26344 KCF
Caption:  Order Granting Supplemental Chapter 13 Fees

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

    ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $300 for services rendered and expenses in the amount of $0, for a total of $300. The allowance shall be payable:

    \_\_\_x\_\_   through the Chapter 13 Plan as an administrative priority from
            funds on hand
    \_\_\_\_\_   outside the Plan

    The debtor's monthly Plan is not modified, thus the debtor will continue to pay $325 to pay for aforesaid fee

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 14-26344-KCF
Thaddus L Adams                                                         Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin           Page 1 of 1          Date Rcvd: Feb 14, 2018
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2018.
db              +Thaddus L Adams,    302 Ashmore Avenue,    Trenton, NJ 08611-3680

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2018 at the address(es) listed below:
      Albert   Russo    docs@russotrustee.com
      Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
      Andrew M. Lubin    on behalf of Creditor    CitiMortgage, Inc. bkecf@milsteadlaw.com,
       alubin@milsteadlaw.com
      Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com,
       bkgroup@kmllawgroup.com
      Denise E. Carlon    on behalf of Creditor    CitiMortgage, Inc. bankruptcynotice@zuckergoldberg.com,
       bkgroup@kmllawgroup.com
      Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
       nj_ecf_notices@buckleymadole.com,   NJ_ECF_Notices@McCalla.com
      Gavin N. Stewart    on behalf of Creditor    Toyota Motor Credit Corporation BKNJ@buckleymadole.com
      John   Zimnis    on behalf of Debtor Thaddus L Adams njbankruptcylaw@aol.com.
      Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      Rebecca Ann Solarz    on behalf of Creditor    MidFirst Bank rsolarz@kmllawgroup.com
                                                                                       TOTAL: 10