| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2017 to 02/20/2018
**Chapter 13 Case No. 14-26344 / KCF**

Thaddus L Adams
302 Ashmore Avenue
Trenton  NJ    08611

Petition Filed Date: 08/07/2014
341 Hearing Date: 09/04/2014
Confirmation Date: 11/24/2014

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/18/2017 | $230.77 | 12778811 | 01/31/2017 | $230.77 | 12797747 | 02/07/2017 | $230.77 | 12802498 |
| 02/22/2017 | $230.77 | 12820194 | 03/07/2017 | $230.77 | 12830112 | 03/22/2017 | $230.77 | 12846706 |
| 04/04/2017 | $69.23 | 12861523 | 04/18/2017 | $69.23 | 12875309 | 05/08/2017 | $69.23 | 12889084 |
| 05/22/2017 | $69.23 | 12903893 | 05/31/2017 | $69.23 | 12911380 | 06/13/2017 | $69.23 | 12929951 |
| 06/30/2017 | $69.23 | 12945036 | 07/14/2017 | $69.23 | 12958057 | 07/25/2017 | $69.23 | 12972090 |
| 08/08/2017 | $69.23 | 12985553 | 08/28/2017 | $69.23 | 13000127 | 09/06/2017 | $69.23 | 13006970 |
| 09/18/2017 | $69.23 | 13017735 | 10/04/2017 | $69.23 | 13034652 | 10/17/2017 | $69.23 | 13047587 |
| 11/01/2017 | $69.23 | 13059721 | 11/14/2017 | $69.23 | 13073451 | 11/29/2017 | $69.23 | 13058503 |
| 12/12/2017 | $69.23 | 13098509 | 01/03/2018 | $145.85 | 13117289 | 01/10/2018 | $145.85 | 13125357 |
| 01/23/2018 | $145.85 | 13136290 | 02/07/2018 | $145.85 | 13150546 | | | |

**Total Receipts for the Period:  $3,283.39   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $7,760.17**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Thaddus L Adams | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ | Attorney Fees | $1,950.00 | $1,950.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2013 TAX PERIOD | Priority Crediors | $1,354.63 | $1,296.39 | $58.24 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $148.83 | $0.00 | $148.83 |
| 3 | Toyota Motor Credit Corporation<br>»»  11 TOYOTA CAMRY/DEFICIENCY BALANCE | Unsecured Creditors | $10,700.38 | $0.00 | $10,700.38 |
| 4 | Midfirst Bank<br>»»  P/302 ASHMORE AVE/1ST MTG/CITIMORTGAGE | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  WALMART | Unsecured Creditors | $212.81 | $0.00 | $212.81 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $819.36 | $0.00 | $819.36 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $788.59 | $0.00 | $788.59 |
| 8 | Comcast<br>»»  LEASE REJECTED (MP) | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | NAVIENT SOLUTIONS INC<br>»»  STUDENT LOANS O/S (MP) | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»»  FEE ORDER 12/19/14 | Attorney Fees | $100.00 | $100.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 0 | JOHN ZIMNIS, ESQ<br>»» 6/2/15 ORDER APPR LOAN MOD | Attorney Fees | $300.00 | $300.00 | $0.00 |
| 10 | TOYOTA MOTOR CREDIT CORP<br>»» 11 CAMRY/ORDER 9/10/15 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»» ORDER 9/22/15 | Attorney Fees | $500.00 | $500.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»» ORDER 9/20/16 | Attorney Fees | $1,200.00 | $1,200.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»» ORDER 2/9/17 | Attorney Fees | $906.50 | $906.50 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»» ORDER 10/13/17 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 11 | Midfirst Bank<br>»» 302 ASHMORE AVE/ORDER 10/27/17 | Mortgage Arrears | $5,219.12 | $0.00 | $5,219.12 |
| 12 | Midfirst Bank<br>»» 302 ASHMORE AVE/ORDER 10/27/17 | Mortgage Arrears | $531.00 | $118.54 | $412.46 |
| 0 | JOHN ZIMNIS, ESQ<br>»» ORDER 2/14/18 | Attorney Fees | $300.00 | $0.00 | $300.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/20/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,760.17 | Plan Balance: | $6,070.45 ** |
| Paid to Claims: | $6,771.43 | Current Monthly Payment: | $325.00 |
| Paid to Trustee: | $443.26 | Arrearages: | ($804.57) |
| Funds on Hand: | $545.48 | Total Plan Base: | $13,830.62 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**