**UNITED STATES BANKRUPTCY COURT**     :
**DISTRICT OF NEW JERSEY**     :

_____     **:**

Caption in Compliance with D.N.J. LBR 9004-2(c)     :

_____     :

     : Case No.:  14-26344

_____     :

In re:     : Judge:   Ferguson

THADDUS ADAMS     :

     : Chapter 13

     Debtor     :

_____     :

### CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO

**x□     CREDITOR'S MOTION or CERTIFICATION OF DEFAULT**

**□     TRUSTEE'S MOTION OR CERTIFICATION OF DEFAULT**

The debtor in the above-captioned Chapter 13 proceeding hereby objects to the following **(choose one):**

1.     □     Motion for Relief from Automatic Stay filed by _____
_____, creditor.

A hearing has been scheduled for      _____2018, at 9:00 a.m.

**OR**

□     Motion to Dismiss filed by the Standing Chapter 13 Trustee.

A hearing has been scheduled for      , 2018, at 9:00 a.m.

**OR**

x□     Certification of Default filed by Mid First Bank, creditor.

I am requesting that a hearing be scheduled on this matter.

**OR**

□     Certification of Default filed by Standing Chapter 13 Trustee

I am requesting that a hearing be scheduled on this matter.

2.  I am objecting to the above for the following reasons (**choose one):**

☐       Payments have been made in the amount of $ _____, but have not
        been accounted for.  Documentation in support is attached hereto

x☐      Payments have not been made for the following reasons and debtor
        proposes repayment as follows **(explain your answer**):   I will have
money before Court.

☐       Other (**explain your answer**):

3.  This certification is being made in an effort to resolve the issues raised by the
    creditor in its motion.

4.  I certify under penalty of perjury that the foregoing is true and correct.

Date: _____                    /s/   Thaddus Adams_____

Date: _____                    /s/_____

**NOTE:**

1.  This form must be filed with the Court and served upon the standing Chapter 13 Trustee and
    creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in
    opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to dismiss.*

2.  This form must be filed with the Court and served upon the Standing Chapter 13 Trustee and
    creditor within fourteen (14) days of the filing of a *Creditor's Certification of Default* (under an
    *Order Resolving Motion to Vacate Stay and /or Dismiss with Conditions) or a Trustee's
    Certification of Default.*

**If this form is not filed, then the Motion or Certification of Default will be deemed
uncontested and no hearing will be scheduled**