UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Thaddus Adams,

Debtor.

Case No.: 14-26344-KCF

Chapter: 13

Hearing Date: 11/28/2018

Judge: Ferguson

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled              ☐ Withdrawn

Matter: Creditor's Certification of Default (Docket # 127)

_____

Date: 11/26/2018

/s/ Denise Carlon
Signature

*rev.8/1/15*