Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14–26344–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Thaddus L Adams
302 Ashmore Avenue
Trenton, NJ 08611

Social Security No.:
xxx–xx–0219

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 12, 2018.

On November 29, 2019 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Kathryn C. Ferguson on:

Date:            January 9, 2019
Time:            10:00 AM
Location:        Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 3, 2018
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-26344-KCF
Thaddus L Adams                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2          Date Rcvd: Dec 03, 2018
                              Form ID: 185              Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2018.
```
db             +Thaddus L Adams,    302 Ashmore Avenue,    Trenton, NJ 08611-3680
cr             +Toyota Motor Credit Corporation,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
                 Iselin, NJ 08830-2713
cr             +Toyota Motor Credit Corporation,    c/o Buckley Madole, P.C.,    P.O. Box 22408,
                 Tampa, FL 33622-2408
515162330       CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
515167534      +CitiMortgage, Inc.,    PO Box 6030,    Sioux Falls, SD 57117-6030
514975121      +Citimortgage,    PO Box 183040,    Columbus, OH 43218-3040
515905897      +MidFirst Bank,    999 NW Grand Blvd. Suite 100,    Oklahoma City, OK 73118-6051
515905898      +MidFirst Bank,    999 NW Grand Blvd. Suite 100,    Oklahoma City, OK 73118,     MidFirst Bank,
                 999 NW Grand Blvd. Suite 100,    Oklahoma City, OK 73118-6051
514975129     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court:  Toyota Financial Services,     PO Box 5855,    Carol Stream, IL 60197)
516487064       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
515749100      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
515000178       Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
514975130      +U.S Department of Education,    PO Box 530260,    Atlanta, GA 30353-0260
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 04 2018 00:41:59      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 04 2018 00:41:56      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
514975120      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 04 2018 00:39:25      Capital One,
                 1680 Capital One Drive,    Mc Lean, VA 22102-3407
514975119      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 04 2018 00:39:45      Capital One,
                 PO Box 30285,    Salt Lake City, UT 84130-0285
514975122      +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Dec 04 2018 00:42:39      Comcast,
                 1 Comcast Center,    Re:   03402 105021-03-9,    Philadelphia, PA 19103-2833
514975123      +E-mail/Text: bnc-bluestem@quantum3group.com Dec 04 2018 00:42:42      Fingerhut/Web Bank,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
514975124      +E-mail/PDF: gecsedi@recoverycorp.com Dec 04 2018 00:39:21      GEMB/Walmart,    PO Box 981400,
                 El Paso, TX 79998-1400
514975125       E-mail/Text: cio.bncmail@irs.gov Dec 04 2018 00:41:23      IRS Insolvency Function,    PO Box 724,
                 Springfield, NJ 07081
515226099       E-mail/PDF: pa_dc_claims@navient.com Dec 04 2018 00:40:10      Navient Solutions Inc.,
                 Department of Education Loan Services,    P.O. Box 9635,    Wilkes-Barre, PA   18773-9635
515208878       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 04 2018 00:40:08
                 Portfolio Recovery Associates, LLC,    c/o Capital One,    POB 41067,    Norfolk, VA 23541
515183575       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 04 2018 01:00:55
                 Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
514975127      +E-mail/Text: rwjebn@rwjbh.org Dec 04 2018 00:43:00      RWJ at Hamilton,    PO Box 48025,
                 Newark, NJ 07101-4825
514975126      +E-mail/Text: rwjebn@rwjbh.org Dec 04 2018 00:43:00      Robert Wood Johnson Hospital,
                 One Hamilton Health Pl.,    Attn: Patient Accounts,    Trenton, NJ 08690-3599
514975128      +E-mail/PDF: pa_dc_claims@navient.com Dec 04 2018 00:39:24      Sallie Mae,    PO Box 9500,
                 Wilkes Barre, PA 18773-9500
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515008464*       Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2                  Date Rcvd: Dec 03, 2018
                              Form ID: 185               Total Noticed: 27
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2018 at the address(es) listed below:
          Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert   Russo    docs@russotrustee.com
          Andrew M. Lubin    on behalf of Creditor    CitiMortgage, Inc. bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    CitiMortgage, Inc. bankruptcynotice@zuckergoldberg.com,
           bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
           NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
          Gavin N. Stewart    on behalf of Creditor    Toyota Motor Credit Corporation BKNJ@buckleymadole.com
          John   Zimnis    on behalf of Debtor Thaddus L Adams njbankruptcylaw@aol.com.
          Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    MidFirst Bank rsolarz@kmllawgroup.com
                                                                                            TOTAL: 10
```