| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2018 to 12/31/2018
**Chapter 13 Case No. 14-26344 / KCF**

| | |
|---|---|
| Thaddus L Adams | Petition Filed Date: 08/07/2014 |
| 302 Ashmore Avenue | 341 Hearing Date: 09/04/2014 |
| Trenton  NJ    08611 | Confirmation Date: 11/24/2014 |

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2018 | $145.85 | 13117289 | 01/10/2018 | $145.85 | 13125357 | 01/23/2018 | $145.85 | 13136290 |
| 02/07/2018 | $145.85 | 13150546 | 02/21/2018 | $145.85 | 13166307 | 03/06/2018 | $145.85 | 13177339 |
| 03/20/2018 | $145.85 | 13192889 | 04/03/2018 | $145.85 | 13203557 | 04/16/2018 | $145.85 | 13214909 |
| 05/01/2018 | $145.85 | 13230249 | 05/16/2018 | $145.85 | 13245275 | 05/30/2018 | $145.85 | 13258483 |
| 06/12/2018 | $145.85 | 13271072 | 06/27/2018 | $145.85 | 13283760 | 07/10/2018 | $145.85 | 13298466 |
| 07/24/2018 | $145.85 | 13313043 | 08/07/2018 | $145.85 | 13327838 | 08/20/2018 | $145.85 | 13339327 |
| 09/05/2018 | $145.85 | 13352524 | 09/18/2018 | $145.85 | 13363383 | 10/02/2018 | $145.85 | 13376870 |
| 10/16/2018 | $145.85 | 13388818 | 10/30/2018 | $145.85 | 13402116 | 11/14/2018 | $145.85 | 13416677 |
| 11/28/2018 | $145.85 | 13427597 | 12/12/2018 | $145.85 | 13441173 | 12/27/2018 | $145.85 | 13452900 |

**Total Receipts for the Period: $3,937.95    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $11,518.57**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Thaddus L Adams | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ | Attorney Fees | $1,950.00 | $1,950.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2013 TAX PERIOD | Priority Crediors | $1,354.63 | $1,296.39 | $58.24 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $148.83 | $0.00 | $148.83 |
| 3 | Toyota Motor Credit Corporation<br>»»  11 TOYOTA CAMRY/DEFICIENCY BALANCE | Unsecured Creditors | $10,700.38 | $0.00 | $10,700.38 |
| 4 | Midfirst Bank<br>»»  P/302 ASHMORE AVE/1ST MTG/CITIMORTGAGE | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  WALMART | Unsecured Creditors | $212.81 | $0.00 | $212.81 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $819.36 | $0.00 | $819.36 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $788.59 | $0.00 | $788.59 |
| 8 | Comcast<br>»»  LEASE REJECTED (MP) | Unsecured Creditors<br>No Disbursements: Removed From Plan | $0.00 | $0.00 | $0.00 |
| 9 | NAVIENT SOLUTIONS INC<br>»»  STUDENT LOANS O/S (MP) | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»»  FEE ORDER 12/19/14 | Attorney Fees | $100.00 | $100.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 0 | JOHN ZIMNIS, ESQ<br>»» 6/2/15 ORDER APPR LOAN MOD | Attorney Fees | $300.00 | $300.00 | $0.00 |
| 10 | TOYOTA MOTOR CREDIT CORP<br>»» 11 CAMRY/ORDER 9/10/15 | Debt Secured by Vehicle<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»» ORDER 9/22/15 | Attorney Fees | $500.00 | $500.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»» ORDER 9/20/16 | Attorney Fees | $1,200.00 | $1,200.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»» ORDER 2/9/17 | Attorney Fees | $906.50 | $906.50 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»» ORDER 10/13/17 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 11 | Midfirst Bank<br>»» 302 ASHMORE AVE/ORDER 10/27/17 | Mortgage Arrears | $5,219.12 | $2,451.31 | $2,767.81 |
| 12 | Midfirst Bank<br>»» 302 ASHMORE AVE/ORDER 10/27/17 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»» ORDER 2/14/18 | Attorney Fees | $300.00 | $300.00 | $0.00 |
| 13 | Midfirst Bank<br>»» 302 ASHMORE AVE/ORDER 12/13/18 | Mortgage Arrears | $3,972.66 | $41.83 | $3,930.83 |
| 14 | Midfirst Bank<br>»» 302 ASHMORE AVE/ORDER 12/13/18 | Mortgage Arrears | $200.00 | $200.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2018:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,518.57 | Plan Balance: | $7,471.15 ** |
| Paid to Claims: | $10,177.03 | Current Monthly Payment: | $325.00 |
| Paid to Trustee: | $694.68 | Arrearages: | ($987.97) |
| Funds on Hand: | $646.86 | Total Plan Base: | $18,989.72 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.russotrustee.com/epay for more information.**

- **View your case information online for *FREE*! Register today at www.ndc.org.**

**\*\*This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.**