**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

In re:
THADDUS ADAMS

    Debtors

Order Filed on January 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 14-26344

Chapter 13

Judge: Kathryn C. Ferguson

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: January 25, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(page 2)**
Debtor:  Thaddus Adams
Case No.:   14-26344 KCF
Caption:  Order Granting Supplemental Chapter 13 Fees


The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:


ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $800 for services rendered and expenses in the amount of $0, for a total of $800. The allowance shall be payable:


___x__   through the Chapter 13 Plan as an administrative priority from
            funds on hand
_____   outside the Plan


The debtor's monthly Plan is not modified, thus the debtor will continue to pay $875 to pay for aforesaid fee