| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| Caption in Compliance with D.N.J. LBR 9004-2(c) | Order Filed on January 25, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| Law Office Peter Zimnis<br>1245 Whitehorse Mercerville Road<br>Suite 412<br>Trenton, NJ 08619<br>(609) 581-9353 | |
| In re:<br>THADDUS ADAMS<br><br>Debtors | Case No.: 14-26344<br><br>Chapter 13<br><br>Judge: Kathryn C. Ferguson |

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: January 25, 2019**

*/s/ Kathryn C. Ferguson*
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(page 2)**
Debtor:  Thaddus Adams
Case No.:  14-26344 KCF
Caption:  Order Granting Supplemental Chapter 13 Fees

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

    ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $800 for services rendered and expenses in the amount of $0, for a total of $800. The allowance shall be payable:

    ___x__   through the Chapter 13 Plan as an administrative priority from
                  funds on hand
    _____   outside the Plan

    The debtor's monthly Plan is not modified, thus the debtor will continue to pay $875 to pay for aforesaid fee

United States Bankruptcy Court
District of New Jersey

In re:  
Thaddus L Adams  
    Debtor

Case No. 14-26344-KCF  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jan 28, 2019  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2019.  
db          +Thaddus L Adams,    302 Ashmore Avenue,    Trenton, NJ 08611-3680

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2019 at the address(es) listed below:  
        Albert    Russo    docs@russotrustee.com  
        Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com  
        Andrew M. Lubin    on behalf of Creditor    CitiMortgage, Inc. bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
        Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
        Denise E. Carlon    on behalf of Creditor    CitiMortgage, Inc. bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
        Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
        Gavin N. Stewart    on behalf of Creditor    Toyota Motor Credit Corporation BKNJ@buckleymadole.com  
        John    Zimnis    on behalf of Debtor Thaddus L Adams njbankruptcylaw@aol.com  
        Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Rebecca Ann Solarz    on behalf of Creditor    MidFirst Bank rsolarz@kmllawgroup.com  
                                                                                     TOTAL: 10