Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 14–26344–KCF
Chapter: 13
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thaddus L Adams
   302 Ashmore Avenue
   Trenton, NJ 08611

Social Security No.:
   xxx–xx–0219

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 4/10/19 at 09:00 AM

to consider and act upon the following:

*148* – Creditor's Certification of Default (related document:103 Motion for Relief from Stay re: 302 Ashmore Avenue, Trenton NJ 08611. Fee Amount $ 181. filed by Creditor MidFirst Bank, 121 Order (Generic), 127 Creditor's Certification of Default filed by Creditor MidFirst Bank, 139 Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 03/26/2019. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 3/28/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court