UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
MidFirst Bank

In Re:

Thaddus Adams,

Debtor.

Case No.:       14-26344-KCF

Chapter:              13

Hearing Date:     4/10/2019

Judge:              Ferguson

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Creditor's Certification of Default (Docket # 148)

_____

Date: 4/9/19                                                          /s/ Denise Carlon
                                                                              Signature

*rev.8/1/15*