Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  14−26344−MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thaddus L Adams
   302 Ashmore Avenue
   Trenton, NJ 08611

Social Security No.:
   xxx−xx−0219

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on August 1, 2019, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 158 − 157
Order Granting Application to Employ imothy Barton, Esquire as Special Counsel (Related Doc # 157). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/1/2019. (ckk)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 1, 2019
JAN: ckk

                                                             Jeanne Naughton
                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Thaddus L Adams  
    Debtor

Case No. 14-26344-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 01, 2019  
                    Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2019.  
sp             +Timothy Barton,    40 East Court St,    3rd Floor,    Doylestown, PA 18901-4349

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2019                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2019 at the address(es) listed below:

        Albert    Russo    docs@russotrustee.com  
        Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com  
        Andrew M. Lubin     on behalf of Creditor     CitiMortgage, Inc. bkecf@milsteadlaw.com, alubin@milsteadlaw.com  
        Denise E. Carlon     on behalf of Creditor     MidFirst Bank bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
        Denise E. Carlon     on behalf of Creditor     CitiMortgage, Inc. bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
        Francesca Ann Arcure     on behalf of Creditor     Toyota Motor Credit Corporation NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com  
        Gavin N. Stewart     on behalf of Creditor     Toyota Motor Credit Corporation BKNJ@buckleymadole.com  
        John    Zimnis     on behalf of Debtor Thaddus L Adams njbankruptcylaw@aol.com  
        Joshua I. Goldman     on behalf of Creditor     MidFirst Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Rebecca Ann Solarz     on behalf of Creditor     MidFirst Bank rsolarz@kmllawgroup.com  
                                                                                        TOTAL: 10