|  |  |
|---|---|
| UNITED STATE BANKRUPTCY COURT DISTRICT OF NEW JERSEY | : |
|  | : |
|  | : |
|  | : |
| Law Office of Peter Zimnis | : |
| 1245 Whitehorse Mercerville Rd | : |
| Trenton, NJ 08619 | : |
| 609-581-9353 | : |
| Attorney for debtor | : |
|  | : |
|  | : |
|  | :    CHAPTER 13 |
| In Re: | : |
|  | :    CASE NO. 14-26344 |
| THADDUS ADAMS | :    ADV NO. |
|  | : |
|     Debtors | :    HEARING DATE |
|  | : |
|  | :    JUDGE : MBK |

**Order Filed on August 1, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |
| Recommended Local Form: | ☐☐Followed | ☐☐Modified |
|  |  |  |  |

### ORDER AUTHORIZING RETENTION OF SPECIAL COUNSEL TIMOTHY J. BARTON, ESQUIRE

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: August 1, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

1

In re: Thaddus Adams
Case No.: 14-26344
Applicant: Thaddus Adams

    ☐ ☐Trustee:     ☐Chap. 7     ☐Chap. 11     ☐Chap. 13.

    **X**☐ Debtor:     ☐Chap. 11     **X**☐ Chap. 13

    ☐ ☐Official Committee of _____

Professional:   _ **Timothy Barton, Esquire**

X☐Address of Professional   **40 East Court St., 3rd FL., Doylestown, PA 18901**

Attorney for:     ___ ☐Trustee     ___ ☐Debtor-in-Possession

    ☐Official Committee of _____

    ☐Accountant for:

    ___ ☐Trustee     ___ ☐Debtor-in-Possession

    ☐Official Committee of _____

**X**☐ ☐Other Professional:

    ☐___ Realtor     ___ ☐Appraiser   _X_ ☐Special Counsel

    ___ ☐Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby ORDERED as follows:

1. The applicant is authorized to retain the above party in the professional capacity noted.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of the retention is the date the application was filed with the Court.

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 14-26344-MBK
Thaddus L Adams                                                             Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Aug 01, 2019
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 03, 2019.
db           +Thaddus L Adams,    302 Ashmore Avenue,    Trenton, NJ 08611-3680

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 1, 2019 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com
          Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
          Andrew M. Lubin    on behalf of Creditor    CitiMortgage, Inc. bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Denise E. Carlon    on behalf of Creditor    MidFirst Bank bankruptcynotice@zuckergoldberg.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor    CitiMortgage, Inc. bankruptcynotice@zuckergoldberg.com,
           bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
           NJ_ECF_Notices@McCalla.com,    NJ_ECF_Notices@McCalla.com
          Gavin N. Stewart    on behalf of Creditor    Toyota Motor Credit Corporation BKNJ@buckleymadole.com
          John    Zimnis    on behalf of Debtor Thaddus L Adams njbankruptcylaw@aol.com.
          Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    MidFirst Bank rsolarz@kmllawgroup.com
                                                                                                                                                                           TOTAL: 10