UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  Case No.  14-26344
  Chapter  13
THADDUS ADAMS  Judge  Michael B. Kaplan

_____ NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Thaddus Adams, the debtor in this case proposes a compromise, or to settle a claim and/or action as described below.  If you object to the settlement or compromise you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below no later than 7 days before the hearing date.

ADDRESS of the Clerk:  Clerk U.S. Bankruptcy Court
  402 East State Street
  Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on September 11, 2019 at 9:00 a.m. at the United States Bankruptcy Court, Courtroom No. 8 . If no objection to the settlement is filed the Clerk will enter a *Certification of no Objection* and the settlement will be finalized as proposed.

**Nature of Action**
The debtor, through his attorney Timothy Barton, Esq. a personal injury matter for injuries suffered.___ _____

**Pertinent Terms of the Settlement**
The gross proceeds are $20,000.00. Costs were waived by counsel.  The attorney fee equals one third or $6,333.33. These may be paid to the attorney without further order of this Court.  The net proceeds for the plaintiff are $12666.67 all of which were claimed as exempt and can be turned over to the debtor without further of this Court.

Objections must be served on, and requests for additional information directed to:

Name:  Peter E. Zimnis
Address:  1245 Whitehorse Mercerville Rd #412, Trenton, NJ 08619
Telephone Number:  609-581-9353