UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:                                                              Case No.        14-26344
                                                                    Chapter         13
THADDUS ADAMS                                                       Judge           Michael B. Kaplan

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

Thaddus Adams, the debtor in this case proposes a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise you must file a written objection with the Clerk of the United States Bankruptcy Court, and serve it on the person named below no later than 7 days before the hearing date.

ADDRESS of the Clerk:         Clerk U.S. Bankruptcy Court
                              402 East State Street
                              Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on September 11, 2019 at 9:00 a.m. at the United States Bankruptcy Court, Courtroom No. 8. If no objection to the settlement is filed the Clerk will enter a *Certification of no Objection* and the settlement will be finalized as proposed.

**Nature of Action**
The debtor, through his attorney Timothy Barton, Esq. a personal injury matter for injuries suffered.

**Pertinent Terms of the Settlement**
The gross proceeds are $20,000.00. Costs were waived by counsel. The attorney fee equals one third or $6,333.33. These may be paid to the attorney without further order of this Court. The net proceeds for the plaintiff are $12666.67 all of which were claimed as exempt and can be turned over to the debtor without further of this Court.

Objections must be served on, and requests for additional information directed to:

Name:               Peter E. Zimnis
Address:            1245 Whitehorse Mercerville Rd #412, Trenton, NJ 08619
Telephone Number:   609-581-9353

United States Bankruptcy Court
District of New Jersey

In re:  
Thaddus L Adams  
    Debtor

Case No. 14-26344-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2     Date Rcvd: Aug 09, 2019  
                 Form ID: pdf905     Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2019.

```
db           +Thaddus L Adams,   302 Ashmore Avenue,    Trenton, NJ 08611-3680
sp           +Timothy Barton,    40 East Court St,    3rd Floor,    Doylestown, PA 18901-4349
cr           +Toyota Motor Credit Corporation,    C/O Buckley Madole, P.C.,    99 Wood Avenue South, Suite 803,
               Iselin, NJ 08830-2713
cr           +Toyota Motor Credit Corporation,    c/o Buckley Madole, P.C.,    P.O. Box 22408,
               Tampa, FL 33622-2408
515162330     CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
515167534    +CitiMortgage, Inc.,    PO Box 6030,    Sioux Falls, SD 57117-6030
514975121    +Citimortgage,    PO Box 183040,    Columbus, OH 43218-3040
515905897    +MidFirst Bank,    999 NW Grand Blvd. Suite 100,    Oklahoma City, OK 73118-6051
515905898    +MidFirst Bank,    999 NW Grand Blvd. Suite 100,    Oklahoma City, OK 73118,    MidFirst Bank,
               999 NW Grand Blvd. Suite 100,    Oklahoma City, OK 73118-6051
514975129   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial Services,    PO Box 5855,    Carol Stream, IL 60197)
516487064     Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern  PA  19355-0701
515749100    +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
515000178     Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,    Cedar Rapids, Iowa 52408-8026
514975130    +U.S Department of Education,    PO Box 530260,    Atlanta, GA 30353-0260
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 10 2019 01:15:53      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 10 2019 01:15:49      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
514975120    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 10 2019 01:22:16      Capital One,
               1680 Capital One Drive,    Mc Lean, VA 22102-3407
514975119    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 10 2019 01:23:02      Capital One,
               PO Box 30285,    Salt Lake City, UT 84130-0285
514975122    +E-mail/Text: documentfiling@lciinc.com Aug 10 2019 01:13:50      Comcast,    1 Comcast Center,
               Re:  03402 105021-03-9,    Philadelphia, PA 19103-2833
514975123    +E-mail/Text: bnc-bluestem@quantum3group.com Aug 10 2019 01:16:32      Fingerhut/Web Bank,
               6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
514975124    +E-mail/PDF: gecsedi@recoverycorp.com Aug 10 2019 01:21:24      GEMB/Walmart,    PO Box 981400,
               El Paso, TX 79998-1400
514975125     E-mail/Text: cio.bncmail@irs.gov Aug 10 2019 01:14:52      IRS Insolvency Function,    PO Box 724,
               Springfield, NJ 07081
515226099     E-mail/PDF: pa_dc_claims@navient.com Aug 10 2019 01:23:09      Navient Solutions Inc.,
               Department of Education Loan Services,    P.O. Box 9635,    Wilkes-Barre, PA   18773-9635
515208878     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 10 2019 01:21:40
               Portfolio Recovery Associates, LLC,    c/o Capital One,    POB 41067,    Norfolk, VA 23541
515183575     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 10 2019 01:21:36
               Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,    Norfolk VA 23541
514975127    +E-mail/Text: rwjebn@rwjbh.org Aug 10 2019 01:16:46      RWJ at Hamilton,    PO Box 48025,
               Newark, NJ 07101-4825
514975126    +E-mail/Text: rwjebn@rwjbh.org Aug 10 2019 01:16:46      Robert Wood Johnson Hospital,
               One Hamilton Health Pl.,    Attn: Patient Accounts,    Trenton, NJ 08690-3599
514975128    +E-mail/PDF: pa_dc_claims@navient.com Aug 10 2019 01:23:09      Sallie Mae,    PO Box 9500,
               Wilkes Barre, PA 18773-9500
                                                                                              TOTAL: 14
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515008464*     Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                                        TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Aug 09, 2019
                              Form ID: pdf905          Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2019 at the address(es) listed below:
          Albert    Russo     on behalf of Trustee Albert    Russo docs@russotrustee.com
          Albert    Russo     docs@russotrustee.com
          Andrew M. Lubin     on behalf of Creditor     CitiMortgage, Inc. bkecf@milsteadlaw.com,
           alubin@milsteadlaw.com
          Denise E. Carlon    on behalf of Creditor     MidFirst Bank bankruptcynotice@zuckergoldberg.com,
           bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor     CitiMortgage, Inc. bankruptcynotice@zuckergoldberg.com,
           bkgroup@kmllawgroup.com
          Francesca Ann Arcure    on behalf of Creditor    Toyota Motor Credit Corporation
           NJ_ECF_Notices@McCalla.com,  NJ_ECF_Notices@McCalla.com
          Gavin N. Stewart    on behalf of Creditor    Toyota Motor Credit Corporation BKNJ@buckleymadole.com
          John   Zimnis    on behalf of Debtor Thaddus L Adams njbankruptcylaw@aol.com.
          Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor    MidFirst Bank rsolarz@kmllawgroup.com
                                                                                             TOTAL: 10
```