Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  14−26344−MBK
        Chapter:  13
        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thaddus L Adams
   302 Ashmore Avenue
   Trenton, NJ 08611

Social Security No.:
   xxx−xx−0219

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/25/19 at 09:00 AM

to consider and act upon the following:

*163* − Creditor's Certification of Default (related document:153 Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 09/3/2019. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 8/30/19

                                           Jeanne Naughton
                                           Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Thaddus L Adams  
       Debtor

Case No. 14-26344-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Aug 30, 2019  
                       Form ID: ntchrgbk   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2019.  
db           +Thaddus L Adams,   302 Ashmore Avenue,    Trenton, NJ 08611-3680

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2019                                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2019 at the address(es) listed below:
        Albert   Russo   docs@russotrustee.com
        Albert   Russo   on behalf of Trustee Albert   Russo docs@russotrustee.com
        Andrew M. Lubin   on behalf of Creditor   CitiMortgage, Inc. bkecf@milsteadlaw.com, alubin@milsteadlaw.com
        Denise E. Carlon   on behalf of Creditor   MidFirst Bank bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
        Denise E. Carlon   on behalf of Creditor   CitiMortgage, Inc. bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
        Francesca Ann Arcure   on behalf of Creditor   Toyota Motor Credit Corporation NJ_ECF_Notices@McCalla.com, NJ_ECF_Notices@McCalla.com
        Gavin N. Stewart   on behalf of Creditor   Toyota Motor Credit Corporation BKNJ@buckleymadole.com
        John   Zimnis   on behalf of Debtor Thaddus L Adams njbankruptcylaw@aol.com.
        Joshua I. Goldman   on behalf of Creditor   MidFirst Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
        Rebecca Ann Solarz   on behalf of Creditor   MidFirst Bank rsolarz@kmllawgroup.com
                                                                                                                                                                          TOTAL: 10