**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

In re:
THADDUS ADAMS

Debtors

Order Filed on September 27, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 14-26344

Chapter 13

Judge: Kaplan

# ORDER GRANTING ADDITIONAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: September 27, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(page 2)**
Debtor: Thaddus Adams
Case No.: 14-26344 MBK
Caption: Order Granting Additional Chapter 13 Fees

The applicant having certified (pursuant to <u>D.NJ LBR</u> 2016-5) that legal work in addition to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $700 for services rendered and expenses in the amount of $0 for a total of $700. The allowance shall be payable:

___x___  through the Chapter 13 Plan as an administrative priority from
              funds on hand
_____   outside the Plan

The debtor's monthly Plan is not modified, thus the debtor will continue to pay $875 per month for the remaining months to allow for payment of aforesaid fee.