## THE LAW OFFICES OF PETER E. ZIMNIS

Whitehorse Executive Center
1245 Whitehorse Mercerville Road, Suite 412
Trenton, New Jersey 08619

Telephone (609) 581-9353
Fax (609) 581-4403

PETER E. ZIMNIS
JOHN A. ZIMNIS

October 7, 2019

Clerk, U.S. Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

    Re:    Thaddus Adams
            Case No.:  14-26344 MBK

Dear Clerk:

    Regarding the above named case in which the debtor filed opposition to a Certification of Default, the debtor hereby withdraws the opposition.

                Very truly yours,

                Law Office of Peter E. Zimnis

            By:  /s/ John Zimnis_____
                John Zimnis, Esq.

c. Albert Russo, Trustee
   KML