Peter E. Zimnis, Esquire
1245 Whitehorse Mercerville Rd, Suite 412
Trenton, NJ 08619
609-581-9353
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Re:    Thaddus Adams
       Case No.:  14-26344 MBK

APPLICATION TO CONVERT CHAPTER 13 TO A CHAPTER 7 PROCEEDING

Pursuant to 11 U.S.C. Section 1307, Thaddus Adams, hereby requests that the Court permit the Chapter 13 petition be converted to a Chapter 7 petition.  Pursuant to 11 U.S.C. Section 706, there has been no previous conversion of this case under Section 706 or 1112, 1307 or 1208.

/s/  Thaddus Adams_____