| Information to identify the case: | | | |
|---|---|---|---|
| **Debtor 1:** | Thaddus L Adams<br>First Name  Middle Name  Last Name | Social Security number or ITIN: xxx–xx–0219<br>EIN: _ _–_ _ _ _ _ _ _ | |
| **Debtor 2:**<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    8/7/14 |
| Case number: | 14–26344–MBK | Date case converted to chapter: | 7    10/22/19 |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Thaddus L Adams | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 302 Ashmore Avenue<br>Trenton, NJ 08611 | |
| 4. | **Debtor's attorney**<br>Name and address | John Zimnis<br>Law Offices of Peter E. Zimnis<br>1245 Whitehorse–Mercerville Road<br>Suite 412<br>Trenton, NJ 08619 | Contact phone 609–581–9353 |
| 5. | **Bankruptcy trustee**<br>Name and address | Andrea Dobin<br>McManimon, Scotland & Baumann, LLC<br>427 Riverview Plaza<br>Trenton, NJ 08611 | Contact phone (609) 695–6070 |

**For more information, see page 2 >**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. (800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br><br>Contact phone 609–858–9333<br><br>Date: 10/22/19 |
| **7.** | **Meeting of creditors**<br><br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**<br><br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **November 20, 2019 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline: 1/20/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 14-26344-MBK
Thaddus L Adams                                                           Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Oct 22, 2019
                              Form ID: 309A            Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2019.
db            +Thaddus L Adams,    302 Ashmore Avenue,    Trenton, NJ 08611-3680
515162330     #CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA 50368-8971
515167534     +CitiMortgage, Inc.,    PO Box 6030,   Sioux Falls, SD 57117-6030
515905897     +MidFirst Bank,   999 NW Grand Blvd. Suite 100,    Oklahoma City, OK 73118-6051
515905898     +MidFirst Bank,   999 NW Grand Blvd. Suite 100,    Oklahoma City, OK 73118,    MidFirst Bank,
                999 NW Grand Blvd. Suite 100,    Oklahoma City, OK 73118-6051
515749100     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
514975130     +U.S Department of Education,    PO Box 530260,    Atlanta, GA 30353-0260

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: njbankruptcylaw@aol.com. Oct 22 2019 23:23:51     John Zimnis,
                Law Offices of Peter E. Zimnis,    1245 Whitehorse-Mercerville Road,    Suite 412,
                Trenton, NJ  08619
tr            +EDI: BADOBIN.COM Oct 23 2019 02:58:00      Andrea Dobin,    McManimon, Scotland & Baumann, LLC,
                427 Riverview Plaza,    Trenton, NJ 08611-3420
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 22 2019 23:25:34     U.S. Attorney,    970 Broad St.,
                Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 22 2019 23:25:32      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
514975120     +EDI: CAPITALONE.COM Oct 23 2019 02:58:00      Capital One,    1680 Capital One Drive,
                Mc Lean, VA 22102-3407
514975119     +EDI: CAPITALONE.COM Oct 23 2019 02:58:00      Capital One,    PO Box 30285,
                Salt Lake City, UT 84130-0285
514975121     +EDI: CIAC.COM Oct 23 2019 02:58:00      Citimortgage,    PO Box 183040,    Columbus, OH 43218-3040
514975122     +EDI: COMCASTCBLCENT Oct 23 2019 02:58:00      Comcast,    1 Comcast Center,
                Re:  03402 105021-03-9,    Philadelphia, PA 19103-2833
514975123     +EDI: BLUESTEM Oct 23 2019 02:58:00      Fingerhut/Web Bank,    6250 Ridgewood Rd,
                Saint Cloud, MN 56303-0820
514975124     +EDI: RMSC.COM Oct 23 2019 02:58:00      GEMB/Walmart,    PO Box 981400,    El Paso, TX 79998-1400
514975125      EDI: IRS.COM Oct 23 2019 02:58:00      IRS Insolvency Function,    PO Box 724,
                Springfield, NJ 07081
515226099      EDI: NAVIENTFKASMSERV.COM Oct 23 2019 02:58:00      Navient Solutions Inc.,
                Department of Education Loan Services,    P.O. Box 9635,    Wilkes-Barre, PA  18773-9635
515208878      EDI: PRA.COM Oct 23 2019 02:58:00      Portfolio Recovery Associates, LLC,    c/o Capital One,
                POB 41067,   Norfolk, VA 23541
515183575      EDI: PRA.COM Oct 23 2019 02:58:00      Portfolio Recovery Associates, LLC,
                c/o Walmart Credit Card,    POB 41067,   Norfolk VA 23541
514975127     +E-mail/Text: rwjebn@rwjbh.org Oct 22 2019 23:26:16     RWJ at Hamilton,    PO Box 48025,
                Newark, NJ 07101-4825
514975126     +E-mail/Text: rwjebn@rwjbh.org Oct 22 2019 23:26:16     Robert Wood Johnson Hospital,
                One Hamilton Health Pl.,    Attn:  Patient Accounts,    Trenton, NJ 08690-3599
514975128     +EDI: NAVIENTFKASMSERV.COM Oct 23 2019 02:58:00      Sallie Mae,    PO Box 9500,
                Wilkes Barre, PA 18773-9500
514975129      EDI: TFSR.COM Oct 23 2019 02:58:00      Toyota Financial Services,    PO Box 5855,
                Carol Stream, IL 60197
516487064      EDI: BL-TOYOTA.COM Oct 23 2019 02:58:00      Toyota Motor Credit Corporation,
                c/o Becket and Lee LLP,    PO Box 3001,   Malvern  PA 19355-0701
515000178      EDI: TFSR.COM Oct 23 2019 02:58:00      Toyota Motor Credit Corporation (TMCC),    PO BOX 8026,
                Cedar Rapids, Iowa 52408-8026
                                                                                               TOTAL: 20

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515008464*       Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-3            User: admin              Page 2 of 2              Date Rcvd: Oct 22, 2019
                                Form ID: 309A            Total Noticed: 27

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2019                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2019 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0
```