Certificate Number: 15317-NJ-DE-033785983

Bankruptcy Case Number: 14-26344



15317-NJ-DE-033785983

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 4, 2019, at 11:31 o'clock AM PST, Thaddus Adams completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   December 4, 2019              By:    /s/Rose Benito

                                      Name:  Rose Benito

                                      Title: Counselor