# THE LAW OFFICES OF PETER E. ZIMNIS

Whitehorse Executive Center
1245 Whitehorse Mercerville Rd, Suite 412
Trenton, New Jersey 08619

Telephone (609) 581-9353
Fax (609) 581-4403

PETER E. ZIMNIS
JOHN A. ZIMNIS

January 17, 2020

Clerk, U.S. Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

> Re:    Thaddus Adams
>         Case No.:  14-26344 MBK

Dear Clerk:

Enclosed please find the following:

| | | | |
|---|---|---|---|
| _____ | Complaint | _____ | Petition |
| _____ | Answer | _____ | Plan |
| _____ | Motion | _____ | Mailing Matrix |
| _____ | Proof of Mailing | _____ | Consent Order |
| _____ | Objection | _____ | Amendment |
| XX | Certification | _____ | Return Envelope |
| _____ | Proposed Order | _____ | Check for $_____ |
| _____ | Other | | |

Very truly yours,

Law Office of Peter E. Zimnis

By:  /s/ John Zimnis_____
      John Zimnis, Esq.

LAW OFFICES OF PETER E. ZIMNIS
1245 Whitehorse Mercerville Rd, Suite 412
Trenton, NJ 08619
609-581-9353
Peter E. Zimnis
Attorney for Debtor(s)
_____

| | | |
|---|---|---|
| THADDUS ADAMS | : | UNITED STATES BANKRUPTCY COURT |
| | : | DISTRICT OF NEW JERSEY |
| | : | CHAPTER 7 |
| Debtor | : | CASE NO.:  14-26344 MBK |
| | : | |
| | : | |
| | : | CERTIFICATION OF SERVICE |
| _____ | : | ORAL ARGUMENT: Waived unless opposed |

JOHN A. ZIMNIS, ESQ. hereby certifies as follows:

1. I am the attorney for the debtor(s) in the above captioned case.

2. On January 17, 2020, I served that attached creditors of the amendment to list of
   creditors with the required instruction (see attached) in the above captioned
   proceedings, utilizing the addresses which appear for each claimant on the
   creditor register of these proceedings.  The Notice was forwarded by regular, first
   class mail, with full postage prepaid.  The notice contained the debtor's last 4
   digits of the Social Security Number.


                                                    /s/ John Zimnis_____
                                                    John A. Zimnis, Esquire

Dated:

## SERVICE LIST

Andrews FCU
5711 Allentown Rd
Suitland, MD 20746

R.A. Rogers Inc
2135 Espey Ct., #7
Re:  Andrews FCU
Crofton, MD 21114

AT&T Mobility
PO Box 537113
Atlanta, GA 30353

Credence Resource Mngmt
PO Box 2300
Re:  AT&T Mobility
Southgate, MI 48195

Credit Union of NJ
PO Box 7921
Ewing, NJ 08628

Sprint
6360 Sprint Pkwy
Overland Park, KS 66251

Verizon NJ
500 Technology Drive
Weldon Spring, MO 63304

**THE LAW OFFICES OF PETER E. ZIMNIS**

Whitehorse Executive Center

1245 Whitehorse Mercerville Rd, Suite 412

Trenton, New Jersey 08619

Telephone (609) 581-9353

Fax (609) 581-4403

PETER E. ZIMNIS
JOHN A. ZIMNIS

January 17, 2020

Andrews FCU
5711 Allentown Rd
Suitland, MD 20746

R.A. Rogers Inc
2135 Espey Ct., #7
Re:  Andrews FCU
Crofton, MD 21114

AT&T Mobility
PO Box 537113
Atlanta, GA 30353

Credence Resource Mngmt
PO Box 2300
Re:  AT&T Mobility
Southgate, MI 48195

Credit Union of NJ
PO Box 7921
Ewing, NJ 08628

Sprint
6360 Sprint Pkwy
Overland Park, KS 66251

Verizon NJ
500 Technology Drive
Weldon Spring, MO 63304

Re:    Thaddus Adams
Chapter 7 Case No.:   14-26344
SSN:  xxx-xx- 0219

Dear Sir or Madam:

The undersigned represents the above-referenced debtor who amended her petition to include your debt in her Bankruptcy.  Enclosed is a copy of the Order Respecting an Amendment to Schedule F, along with the amendment to Schedule F.

Pursuant to the Court's order, I am required to inform you that the above referenced case was filed on August 7, 2014 as a Chapter 13, then converted to Chapter 7 on October 22, 2019.  The Meeting of the Creditors was held, and the deadline for filing an objection or a proof of claim will soon expire;  however you have sixty (60) days from the date of this order to file a proof of claim, complaint objecting to discharge or a complaint objecting to dischargeability of the debt pursuant to Bankruptcy Code Section 523©.  Because the first meeting of creditors was conducted, you may, pursuant to Local Bankruptcy Rule 2004-1, examine the debtor by subpoena.

Kindly contact this office should you have any questions.

Very truly yours,

Law Office of Peter E. Zimnis

By:  /s/ John Zimnis_____
John Zimnis, Esq.

c. Clerk, U.S Bankruptcy Court