| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS

Activity for the period from 01/01/2019 to 12/31/2019

**Chapter 13 Case No. 14-26344 / MBK**

| | |
|---|---|
| Thaddus L Adams | Petition Filed Date: 08/07/2014 |
| 302 Ashmore Avenue | 341 Hearing Date: 09/04/2014 |
| Trenton  NJ   08611 | Confirmation Date: 11/24/2014 |

Case Status: Converted to Ch 7 After Confirmation on 10/22/2019

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $403.85 | 13464915 | 01/23/2019 | $403.85 | 13477353 | 02/05/2019 | $403.85 | 13489988 |
| 02/20/2019 | $403.85 | 13501505 | 03/06/2019 | $403.85 | 13515751 | 03/19/2019 | $403.85 | 13525478 |
| 04/02/2019 | $403.85 | 13538775 | 04/15/2019 | $403.85 | 13551144 | 04/29/2019 | $403.85 | 13563265 |
| 05/14/2019 | $403.85 | 13575285 | 05/29/2019 | $403.85 | 13589059 | 06/25/2019 | $403.85 | 13613694 |
| 07/09/2019 | $403.85 | 13627845 | 07/22/2019 | $403.85 | 13640195 | 08/06/2019 | $403.85 | 13653495 |
| 08/19/2019 | $403.85 | 13664261 | 09/03/2019 | $403.85 | 13676126 | 09/17/2019 | $403.85 | 13686563 |
| 10/02/2019 | $403.85 | 13699208 | 10/16/2019 | $403.85 | 13713606 | 10/29/2019 | $403.85 | 13724648 |

**Total Receipts for the Period: $8,480.85   Amount Refunded to Debtor Since Filing: $1,961.09   Total Receipts Since Filing: $19,595.57**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Thaddus L Adams | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ | Attorney Fees | $1,950.00 | $1,950.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»»  2013 TAX PERIOD | Priority Crediors | $1,354.63 | $1,296.39 | $58.24 |
| 2 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $148.83 | $0.00 | $148.83 |
| 3 | Toyota Motor Credit Corporation<br>»»  11 TOYOTA CAMRY/DEFICIENCY BALANCE | Unsecured Creditors | $10,700.38 | $0.00 | $10,700.38 |
| 4 | Midfirst Bank<br>»»  P/302 ASHMORE AVE/1ST MTG/CITI/SV 10/9/19 | Mortgage Arrears | $0.00 | $0.00 | $0.00 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  WALMART | Unsecured Creditors | $212.81 | $0.00 | $212.81 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $819.36 | $0.00 | $819.36 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CAPITAL ONE | Unsecured Creditors | $788.59 | $0.00 | $788.59 |
| 8 | Comcast<br>»»  LEASE REJECTED (MP) | Unsecured Creditors<br>No Disbursements: Removed From Plan | $0.00 | $0.00 | $0.00 |
| 9 | NAVIENT SOLUTIONS INC<br>»»  STUDENT LOANS O/S (MP) | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»»  FEE ORDER 12/19/14 | Attorney Fees | $100.00 | $100.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»»  6/2/15 ORDER APPR LOAN MOD | Attorney Fees | $300.00 | $300.00 | $0.00 |

**Chapter 13 Case No. 14-26344 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 10 | TOYOTA MOTOR CREDIT CORP<br>»» 11 CAMRY/ORDER 9/10/15 | Debt Secured by Vehicle<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»» ORDER 9/22/15 | Attorney Fees | $500.00 | $500.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»» ORDER 9/20/16 | Attorney Fees | $1,200.00 | $1,200.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»» ORDER 2/9/17 | Attorney Fees | $906.50 | $906.50 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»» ORDER 10/13/17 | Attorney Fees | $400.00 | $400.00 | $0.00 |
| 11 | Midfirst Bank<br>»» 302 ASHMORE AVE/ORDER 10/27/17/SV 10/9/19 | Mortgage Arrears | $5,219.12 | $4,364.82 | $854.30 |
| 12 | Midfirst Bank<br>»» 302 ASHMORE AVE/ORDER 10/27/17/SV 10/9/19 | Mortgage Arrears | $531.00 | $531.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»» ORDER 2/14/18 | Attorney Fees | $300.00 | $300.00 | $0.00 |
| 13 | Midfirst Bank<br>»» 302 ASHMORE AVE/ORDER 12/13/18/SV 10/9/19 | Mortgage Arrears | $3,972.66 | $2,759.38 | $1,213.28 |
| 14 | Midfirst Bank<br>»» 302 ASHMORE AVE/ORDER 12/13/18/SV 10/9/19 | Mortgage Arrears | $200.00 | $200.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»» ORDER 1/25/19 | Attorney Fees | $800.00 | $800.00 | $0.00 |
| 15 | Midfirst Bank<br>»» 302 ASHMORE AVE/ORDER 4/30/19/SV 10/9/19 | Mortgage Arrears | $200.00 | $200.00 | $0.00 |
| 0 | JOHN ZIMNIS, ESQ<br>»» ORDER 9/27/19 | Attorney Fees | $700.00 | $700.00 | $0.00 |
| 0 | Thaddus L Adams | Debtor Refund | $1,961.09 | $1,961.09 | $0.00 |
| 16 | Fingerhut/Web Bank | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | RWJ at Hamilton | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 12/31/2019:

| | | | |
|---|---|---|---|
| Total Receipts: | $19,595.57 | Plan Balance: | $3,070.52 ** |
| Paid to Claims: | $18,469.18 | Current Monthly Payment: | $875.00 |
| Paid to Trustee: | $1,126.39 | Arrearages: | $0.00 |
| Funds on Hand: | $0.00 | Total Plan Base: | $20,705.00 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**