# THE LAW OFFICES OF PETER E. ZIMNIS

Whitehorse Executive Center
1245 Whitehorse Mercerville Rd, Suite 412
Trenton, New Jersey 08619

Telephone (609) 581-9353
Fax (609) 581-4403

PETER E. ZIMNIS
JOHN A. ZIMNIS

February 8, 2020

Clerk, U.S. Bankruptcy Court
402 East State Street
Trenton, New Jersey 08608

    Re:    Thaddus Adams
           Case No.: 14-26344 MBK

Dear Clerk:

Enclosed please find the following:

| | | | |
|---|---|---|---|
| _____ | Complaint | _____ | Petition |
| _____ | Answer | _____ | Plan |
| _____ | Motion | _____ | Mailing Matrix |
| _____ | Proof of Mailing | _____ | Consent Order |
| _____ | Objection | _____ | Amendment |
| __XX__ | Certification | _____ | Return Envelope |
| _____ | Proposed Order | _____ | Check for $_____ |
| _____ | Other | | |

Very truly yours,

Law Office of Peter E. Zimnis

By: /s/ John Zimnis_____
John Zimnis, Esq.

LAW OFFICES OF PETER E. ZIMNIS
1245 Whitehorse Mercerville Rd, Suite 412
Trenton, NJ 08619
609-581-9353
Peter E. Zimnis
Attorney for Debtor(s)

| | | |
|---|---|---|
| THADDUS ADAMS | : | UNITED STATES BANKRUPTCY COURT |
| | : | DISTRICT OF NEW JERSEY |
| | : | CHAPTER 7 |
| Debtor | : | CASE NO.: 14-26344 MBK |
| | : | |
| | : | |
| | : | CERTIFICATION OF SERVICE |
| | : | ORAL ARGUMENT: Waived unless opposed |

JOHN A. ZIMNIS, ESQ. hereby certifies as follows:

1. I am the attorney for the debtor(s) in the above captioned case.

2. On February 8, 2020, I served that attached creditor of the amendment to list of creditors with the required instruction (see attached) in the above captioned proceedings, utilizing the addresses which appear for each claimant on the creditor register of these proceedings. The Notice was forwarded by regular, first class mail, with full postage prepaid. The notice contained the debtor's last 4 digits of the Social Security Number.

/s/ John Zimnis_____
John A. Zimnis, Esquire

Dated:

## SERVICE LIST

Pennsylvania Auto Credit
165 Lincoln Highway
Fairless Hills, PA 19030

**THE LAW OFFICES OF PETER E. ZIMNIS**
Whitehorse Executive Center
1245 Whitehorse Mercerville Rd, Suite 412
Trenton, New Jersey 08619

Telephone (609) 581-9353
Fax (609) 581-4403

PETER E. ZIMNIS
JOHN A. ZIMNIS

February 8, 2020

Pennsylvania Auto Credit
165 Lincoln Highway
Fairless Hills, PA 19030

    Re:    Thaddus Adams
            Chapter 7 Case No.:   14-26344
            SSN:  xxx-xx-0219

Dear Sir or Madam:

    The undersigned represents the above-referenced debtor who amended her petition to include your debt in her Bankruptcy. Enclosed is a copy of the Order Respecting an Amendment to Schedule F, along with the amendment to Schedule F.

    Pursuant to the Court's order, I am required to inform you that the above referenced case was filed on August 7, 2014 as a Chapter 13, and then later converted to Chapter 7. The Meeting of the Creditors was held, and the deadline for filing an objection or a proof of claim has passed; however you have sixty (60) days from the date of this order to file a proof of claim, complaint objecting to discharge or a complaint objecting to dischargeability of the debt pursuant to Bankruptcy Code Section 523©. Because the first meeting of creditors was conducted, you may, pursuant to Local Bankruptcy Rule 2004-1, examine the debtor by subpoena.

    Kindly contact this office should you have any questions.

                        Very truly yours,

                        Law Office of Peter E. Zimnis


                        By:  /s/ John Zimnis_____
                              John Zimnis, Esq.

c. Clerk, U.S Bankruptcy Court